No. 99M81. KUTSCHKE v. COMMISSIONER OF SOCIAL SECURITY; and

No. 99M82. GREEN v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M83. PRIDE v. MOSES ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 99-658. CASTILLO ET AL. v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 528 U. S. 1109.] Motion of petitioner Graeme Leonard Craddock for leave to proceed further herein *in forma pauperis* granted.

No. 99-696. AMERICAN GRAIN TRIMMERS, INC., ET AL. v. OFFICE OF WORKERS' COMPENSATION PROGRAMS ET AL., 528 U. S. 1187. Motion of respondent Marian Janich for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Seventh Circuit.

No. 99-7476. STEELE v. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [528 U. S. 1148] denied.

No. 99-7492. ABIDEKUN v. DEPARTMENT OF EDUCATION. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [528 U. S. 1148] denied.

No. 99-8171. IN RE ROLAND;
No. 99-8683. IN RE CLAY; and
No. 99-8792. IN RE PATTERSON. Petitions for writs of habeas corpus denied.